IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTOR BUCHI,<br><br>                  Plaintiff,<br><br>v.<br><br>WARDEN POWELL et al.,<br><br>                  Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-cv-00282-TC<br><br>District Judge Tena Campbell |

    Reviewing this prisoner civil-rights complaint under 28 U.S.C. § 1915A, in an Order dated February 28, 2022, the court deemed it deficient. (ECF No. 5.) The court gave directions for curing deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered deficiencies be cured within thirty days. In the five months since, Plaintiff has not responded. Indeed, the court has never again heard from Plaintiff since he submitted his Complaint on May 3, 2021—over fifteen months ago.

    **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), follow the court's Order, and prosecute this case, <u>see</u> DUCivR 41-2. This action is **CLOSED.**

    DATED this 4th day of August, 2022.

                                              BY THE COURT:

                                              */s/ Tena Campbell*<br>
                                              JUDGE TENA CAMPBELL<br>
                                              United States District Court